JOSEPH OPTNER and MINNIE OPTNER, his wife, *Appellants,*
v. J. M. KNIGHT and SARAH L. MARTIN, joined by her hus-
band, G. B. MARTIN, and FRANK SMOAK, otherwise known
as FRED SMOAK, and CHARLES F. JOHNSON, doing busi-
ness as SMOAK and JOHNSON, *Appellees.*

Division A.

Decision filed March 26, 1929.

*Vocelle & Mitchell,* for Appellants;

*Cobb & McCorkle,* for Appellees.

PER CURIAM.—This cause having heretofore been submit-
ted to the Court upon the transcript of the record of the
order herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the court being now advised of its judg-
ment to be given in the premises, it seems to the court that
there is no error in the said order; it is, therefore, con-
sidered, ordered and adjudged by the court that the said
order of the Circuit Court be, and the same is hereby af-
firmed.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur.